UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dawn Kyle, an individual, Dawn Kyle,
Durable General Power of Attorney and
Nomination of Conservator of Estate of
Irene Martin-Thomas, Dawn Kyle, Durable
Power of Attorney for Health Care for Irene
Martin-Thomas,

      Plaintiff,

v.

Nena Martin Thomas Sims, an individual,
Rosemarie Martin, an individual, Monique
King, an individual, The State of Michigan
Family Independence Agency, Department
of Human Services, (fka The Family
Independence Agency), Adult Protective
Services, and Does 1-10,

      Defendant.
_____/

Case No. 06-12185

Hon. Nancy G. Edmunds

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss is hereby GRANTED, and Plaintiff's complaint is hereby DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: August 30, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 30, 2007, by electronic and/or ordinary mail.

                        s/Carol A. Hemeyer
                        Case Manager